UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ ABHYANKER,<br><br>          Plaintiff,<br><br>     v.<br><br>AIRBNB, INC.,<br><br>          Defendant. | Case No. 20-cv-08248-JST<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Re: ECF No. 31 |

On July 8, 2021, this Court granted Defendant Airbnb, Inc.'s motion to dismiss Plaintiff Raj Abhyanker's complaint for patent infringement. ECF No. 31. The Court gave Abhyanker twenty-one days to file an amended complaint, explaining that "[f]ailure to file a timely amended complaint [would] result in dismissal with prejudice." *Id.* at 8. No amended complaint has been filed. This case is therefore dismissed with prejudice. The Clerk shall enter judgment for Defendant and close the case.

**IT IS SO ORDERED.**

Dated: August 6, 2021

_____
JON S. TIGAR
United States District Judge